AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 2 1 2018

David J. Bradley, Clerk

| United States of America | ) | |
| v. | ) | |
| FLORES-FUENTES, Juan (MEX) | ) | Case No. M-18-1972-M |
| YOB: 1959 | ) | |
| AKA Juan Flores-Fuentes | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____09/20/2018_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 51.68 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Dolengowski, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/21/2018_____  8:46 a.m

_____
*Judge's signature*

City and state:          McAllen, Texas

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT I

1. On September 20, 2018, Juan FLORES-Fuentes attempted to enter into the United States from Mexico at the Hidalgo, Texas Port of Entry driving a silver Chevrolet Silverado with a large propane tank in the bed of the truck. Upon initial contact with a Customs & Border Protection Officer FLORES stated that he had just purchased the vehicle in Mexico and appeared to be visibly nervous. FLORES was directed to secondary inspection, where a K-9 alerted to the presence of narcotics associated with the vehicle. A scan of the vehicle revealed anomalies inside of the propane tank. A search of the propane tank revealed a total of 54 bundles of suspected crystal methamphetamine weighing approximately 51.6 kilograms. At that point, FLORES was detained by officers.

2. Special Agents from the U.S. Drug Enforcement Administration (DEA) and Department of Homeland Security Investigations (HSI) responded to the Hidalgo, Texas Port of Entry and conducted an interview with FLORES. Prior to starting the interview, FLORES read his Miranda Warnings in the Spanish language. FLORES stated that he understood his rights and agreed to voluntarily speak with agents. During the recorded interview, FLORES stated that he was going to get paid $250.00 to cross the vehicle into the United States. FLORES also stated that FLORES knew that the subject that provided FLORES the vehicle was a drug trafficker. Additionally, FLORES stated that FLORES knew the vehicle was going to be utilized to transport drugs. Furthermore, FLORES stated that he suspected that there was a possibility that the vehicle he was driving contained narcotics. FLORES stated that he was also provided a cellphone for the sole purpose of transporting the vehicle. FLORES stated that if he successfully entered into the United States that he was going drop off the vehicle in the area near the Port of Entry and walk back to Mexico. FLORES also admitted to intentionally making false statements to officers during his initial contact with officers.

3. Officers conducted a field test of the suspected crystal methamphetamine, which tested positive for characteristics of methamphetamine.